**No. 44030.**—Protests 833279–G, etc., of Franklin Lamp Mfg. Co. (Philadelphia).

Opinion by TILSON, J.   The beads in question were held dutiable at 35 percent, under paragraph 1503 as claimed.   Abstract 35536 followed.

**No. 44031.**—Protest 7344–K of B. Blumenthal & Co., Inc. (New York).

Opinion by TILSON, J.   The evidence was found not sufficient to overcome the presumption of correctness attached to the action of the collector in classifying the merchandise under paragraph 1527.   The protest was therefore overruled.

BEFORE THE SECOND DIVISION, JUNE 26, 1940

**No. 44032.**—Protests 272340–G, etc., of Central Madeira Corp. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel filet laces and lace articles were held dutiable at 75 percent under paragraph 1430, *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065 and *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) followed.   Napkins and towels in chief value of flax were held dutiable at 55 percent under paragraph 1014, and those in chief value of vegetable fibers other than cotton at 40 percent under paragraph 1021. *United States* v. *Macksoud* (27 C. C. P. A. 218, C. A. D. 87) followed.

**No. 44033.**—Protest 651259–G of Schwabacher Hardware Co. (Seattle).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise is similar to that the subject of *United States* v. *Penn* (27 C. C. P. A. 46, C. A. D. 93).   The claim at 90 percent under paragraph 1529 (a) was therefore sustained.

**No. 44034.**—Protest 687279–G of Samuel S. Perry (Portland, Oreg.).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise is similar to that the subject of *United States* v. *Penn* (27 C. C. P. A. 46, C. A. D. 93).   The claim at 90 percent under paragraph 1529 (a) was therefore sustained.

**No. 44035.**—Protests 5934–K, etc., of American Import Co. (San Francisco).

Opinion by KINCHELOE, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.